UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
Duran Bisono,

                              Plaintiff(s),                         **O R D E R**

            -against –                                   7:25-CV-01258 (CS) (AEK)


Liberty Mutual Fire Insurance Company,

                              Defendant(s).
--------------------------------------------------------------X

<u>Seibel, J.</u>

  It having been reported to this Court that the claims in this case have been settled, IT IS
HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided,
however, that if settlement is not consummated within thirty days of the date of this order,
Plaintiff may apply by letter within the thirty-day period for restoration of the action to the
Calendar of the undersigned, in which event the action will be restored.


  **SO ORDERED**.

Dated: November 25, 2025
  White Plains, New York


_____

CATHY SEIBEL, U.S.D.J.